## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARGARET CROSSETT,** | **CIVIL ACTION** |
| *Plaintiff*, | **NO. 2:19-CV-00764-JDW** |
| v. | |
| **UNITED PARCEL SERVICE, INC.,** | |
| *Defendant*. | |

## <u>ORDER</u>

**AND NOW,** this 3rd day of September, 2019, the Court having been advised that the above-captioned matter has settled, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule of Civil Procedure 41.1(b).

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.